1 | THOMAS E. FRANKOVICH (State Bar No. 074414)
  | JULIA M. ADAMS (State Bar No. 230795)
2 | THOMAS E. FRANKOVICH,
  | *A Professional Law Corporation*
3 | 2806 Van Ness Avenue
  | San Francisco, CA 94109
4 | Telephone:   415/674-8600
  | Facsimile:    415/674-9900
5 |
6 | Attorneys for Plaintiffs
  | JAREK MOLSKI
7 | and DISABILITY RIGHTS
  | ENFORCEMENT, EDUCATION,
8 | SERVICES: HELPING YOU
  | HELP OTHERS

\*\*E-filed 7/19/05\*\*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JAREK MOLSKI, an individual; and ) **CASE NO. C04-4382 JF**
DISABILITY RIGHTS ENFORCEMENT, )
EDUCATION, SERVICES:HELPING ) **STIPULATION AND**
YOU HELP OTHERS, a California public ) **ORDER TO CONTINUE THE**
benefit corporation, ) **FURTHER CASE MANAGEMENT**
) **CONFERENCE**
         Plaintiffs, )
)
v. )
)
KATY'S PLACE; ARICAN, a California )
Limited Partnership, )
)
         Defendant. )
_____)

   Plaintiffs JAREK MOLSKI and DISABILITY RIGHTS ENFORCEMENT,

EDUCATION SERVICES, and defendant ARICAN, a California limited

partnership, stipulate and respectfully request as follows:

   1.   WHEREAS the current Further Case Management Conference is

scheduled to take place before the Honorable Jeremy Fogel in Courtroom No. 3 on

July 15, 2005; and

STIPULATION AND [PROPOSED] ORDER
TO CONTINUE FURTHER CASE MANAGEMENT
CONFERENCE                                                        Case No. CV04-4382 JF

1    2.     WHEREAS the parties were referred to mediation in this matter and
2 previously had set a mediation date of July 7, 2005. However, due to a scheduling
3 conflict which required plaintiff Molski to attend a Settlement Conference before
4 the Honorable Magistrate Judge Robert Block in Los Angeles, the mediation has
5 been continued; and
6    3.     WHEREAS the parties have conferred with each other and with the
7 assigned mediator and have agreed to a mediation date of September 13, 2005; and
8    4.     WHEREAS a continuance of the Further Case Management
9 Conference to a date following the mediation may be a better use of the Court's
10 time;
11 ///
12 ///
13 ///
14 ///
15 ///
16 ///
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28

STIPULATION AND [PROPOSED] ORDER
TO CONTINUE FURTHER CASE MANAGEMENT
CONFERENCE                                               Case No. CV04-4382 JF        -2-

5. The parties hereby stipulate to, and respectfully request a continuance of the Further Case Management Conference to September 16, 2005, or thereafter, to a date as is convenient to the Court.

Dated: July 13, 2005

THOMAS E. FRANKOVICH
*A PROFESSIONAL LAW CORPORATION*

By: /s/
Julia M. Adams
Attorneys for Plaintiffs JAREK MOLSKI and DISABILITY RIGHTS ENFORCEMENT, EDUCATION SERVICES: HELPING YOU HELP OTHERS

Dated: July 13, 2005

DeVRIES LAW GROUP

By: /s/
Daniel J. DeVries
Attorneys for Defendant KATY'S PLACE; ARICAN, a California Limited Partnership

**ORDER**

IT IS ORDERED that the further Case Management Conference currently on calendar for July 15, 2005, is VACATED and reset to 9/16 , 2005.

Dated: 7/14 , 2005

/s/electronic signature authorized
Hon. Jeremy Fogel
United States Distict Court Judge