1  THOMAS E. FRANKOVICH (State Bar No. 074414)
   JULIA M. ADAMS (State Bar No. 230795)
2  THOMAS E. FRANKOVICH,
   *A Professional Law Corporation*
3  2806 Van Ness Avenue
   San Francisco, CA 94109
4  Telephone:   415/674-8600
   Facsimile:   415/674-9900
5
   Attorneys for Plaintiffs
6  JAREK MOLSKI
   and DISABILITY RIGHTS
7  ENFORCEMENT, EDUCATION,
   SERVICES: HELPING YOU
8  HELP OTHERS

**E-filed 9/19/05**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JAREK MOLSKI, an individual; and ) **CASE NO. C04-4382 JF**
DISABILITY RIGHTS ENFORCEMENT, )
EDUCATION, SERVICES:HELPING ) **STIPULATION AND [PROPOSED]**
YOU HELP OTHERS, a California public ) **ORDER TO CONTINUE THE**
benefit corporation, ) **FURTHER CASE MANAGEMENT**
  ) **CONFERENCE**
        Plaintiffs, )
  )
v. )
  )
KATY'S PLACE; ARICAN, a California )
Limited Partnership, )
  )
        Defendant. )
_____ )

      Plaintiffs JAREK MOLSKI and DISABILITY RIGHTS ENFORCEMENT, EDUCATION SERVICES, and defendant ARICAN, a California limited partnership, stipulate and respectfully request as follows:

      1.    WHEREAS the current Further Case Management Conference was recently re-set to take place before the Honorable Jeremy Fogel in Courtroom No. 3 on September 19, 2005; and

2. WHEREAS defense counsel has a conflict with another matter scheduled in Los Angeles at the same time as the Further Case Management Conference; and

3. WHEREAS plaintiff's counsel also has a conflict with other matters before the Court in Los Angeles at the same time as the Further Case Management Conference is calendared;

4. The parties hereby stipulate to, and respectfully request a continuance of the Further Case Management Conference to September 26, 2005, or thereafter, to a date as is convenient to the Court.

Dated: September 16, 2005

THOMAS E. FRANKOVICH
*A PROFESSIONAL LAW CORPORATION*

By: _____/s/_____
Julia M. Adams
Attorneys for Plaintiffs JAREK MOLSKI and DISABILITY RIGHTS ENFORCEMENT, EDUCATION SERVICES: HELPING YOU HELP OTHERS

Dated: September 16, 2005

DeVRIES LAW GROUP

By: _____/s/_____
Daniel J. DeVries
Attorneys for Defendant KATY'S PLACE; ARICAN, a California Limited Partnership

**ORDER**

IT IS ORDERED that the further Case Management Conference currently on calendar for September 19, 2005, is VACATED and reset to 9/30/05, 2005.

Dated: 9/19, 2005

/s/electronic signature authorized
Hon. Jeremy Fogel
United States Magistrate Judge

STIPULATION AND [PROPOSED] ORDER
TO CONTINUE FURTHER CASE MANAGEMENT
CONFERENCE                                  Case No. CV04-4382 JF     -2-