United States District Court
For the Northern District of California

**\*E-FILED\***
**April 5, 2006**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JAREK MOLSKI, et al., | No. C 04-04382 RS |
| Plaintiffs, | **ORDER RE: SETTLEMENT; STAND-BY ORDER TO SHOW CAUSE** |
| v. | |
| KATY'S PLACE, et al., | |
| Defendants. | |

TO ALL PARTIES AND COUNSEL OF RECORD:

The Court has been informed that the above-entitled action has settled.  Accordingly, the Court vacates all pretrial and trial dates.  The parties are required to file a stipulation of dismissal by **May 31, 2006**.  If a stipulation of dismissal is not filed by that date, the parties are ordered to appear on **June 7, 2006 at 9:30 a.m.** and show cause why the case should not be dismissed.

Failure to comply with this Order may result in dismissal of the case.

IT IS SO ORDERED.

Dated: April 5, 2006

_____
RICHARD SEEBORG
United States Magistrate Judge

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER WAS ELECTRONICALLY PROVIDED TO:**

Julia Marie Adams     jadams@disabilitieslaw.com

Daniel J. DeVries     DJDV@DeVriesLawGroup.com, cbj@devrieslawgroup.com

Thomas E. Frankovich     tfrankovich@disabilitieslaw.com

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.

Dated: April 5, 2006

/s/ BAK
Chambers of Magistrate Judge Richard Seeborg