1  THOMAS E. FRANKOVICH (State Bar No. 074414)
   JULIA M. ADAMS (State Bar No. 230795)
2  THOMAS E. FRANKOVICH,
   *A Professional Law Corporation*
3  2806 Van Ness Avenue
   San Francisco, CA 94109
4  Telephone:    415/674-8600
   Facsimile:     415/674-9900
5
   Attorneys for Plaintiffs
6  JAREK MOLSKI
   and DISABILITY RIGHTS
7  ENFORCEMENT, EDUCATION,
   SERVICES: HELPING YOU
8  HELP OTHERS

*E-FILED 6/6/06*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JAREK MOLSKI, an individual; and
DISABILITY RIGHTS ENFORCEMENT,
EDUCATION, SERVICES: HELPING
YOU HELP OTHERS, a California public
benefit corporation,

    Plaintiffs,

v.

KATY'S PLACE; ARICAN, a California
Limited Partnership,

    Defendant.

CASE NO. C04-4382 RS

**STIPULATION OF CONDITIONAL DISMISSAL AND [PROPOSED] ORDER THEREON**

Plaintiffs JAREK MOLSKI, an individual; and DISABILITY RIGHTS ENFORCEMENT, EDUCATION SERVICES: HELPING YOU HELP OTHERS, a California public benefit corporation, through their undersigned counsel, and defendants KATY'S PLACE; ARICAN, a California Limited Partnership, through their undersigned counsel, stipulate to the conditional dismissal of this action in its entirety with prejudice pursuant to Fed.R.Civ.P.41(a)(1) to the right, upon good cause shown within 30 days, to reopen this action if settlement is not consummated. Outside of the terms of the Settlement Agreement and General Release ("Agreement"), each party is to bear its own costs and

STIPULATION OF CONDITIONAL DISMISSAL AND [PROPOSED] ORDER THEREON

1 attorneys' fees. The parties further consent to and request that the Court retain jurisdiction
2 over enforcement of the Agreement. See Kokkonen v. Guardian Life Ins. Co., 511 U.S. 375
3 (1994) (empowering the district courts to retain jurisdiction over enforcement of settlement
4 agreements).

5     Therefore, IT IS HEREBY STIPULATED by and between parties to this action
6 through their designated counsel that the above-captioned action be and hereby is dismissed
7 with prejudice pursuant to Federal Rules of Civil Procedure section 41(a)(1) to the right, upon
8 good cause shown within 30 days, to reopen this action if settlement is not consummated.

9     This stipulation may be executed in counterparts, all of which together shall constitute
10 one original document.

12 Dated: June 6, 2006

THOMAS E. FRANKOVICH
*A PROFESSIONAL LAW CORPORATION*

By: ___/s/_____
    Julia M. Adams
Attorneys for JAREK MOLSKI and
DISABILITY RIGHTS ENFORCEMENT,
EDUCATION SERVICES:HELPING YOU HELP
OTHERS

Dated: June 6, 2006

DeVRIES LAW GROUP

By: ___/s/_____
    Daniel J. DeVries
Attorneys for Defendant KATY'S PLACE;
ARICAN, a California Limited Partnership

**ORDER**

IT IS SO ORDERED.

Dated: June 6, 2006

_____
Hon. Richard Seeborg
United States Magistrate Judge

STIPULATION OF CONDITIONAL DISMISSAL AND [~~PROPOSED~~] ORDER THEREON
-2-